UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

SEA-LAND SERVICES, INC.,

    Plaintiff,

v.

STAR DISTRIBUTION,

    Defendant.

Civil No. 98-1891 (JAF)

## O R D E R

The plaintiff will show cause as to why this case should not be dismissed without prejudice for lack of diligent prosecution. **Ten (10) calendar days are granted from the date of issuance of this order.**

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th of October, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)