UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

SEA-LAND SERVICES, INC.,          *
                                  *
        Plaintiff,                *     Civil No. 98-1891 (JAF)
                                  *
    v.                            *
                                  *
STAR DISTRIBUTION,                *
                                  *
        Defendant,                *
                                  *
----------------------------------*

### JUDGMENT

Plaintiff's "Motion Requesting Dismissal Without Prejudice," filed on October 18, 1999, Docket Document No. 4, is **GRANTED**. Judgment is entered dismissing this case without prejudice.

This case is now closed.

San Juan, Puerto Rico, this 27th day of October, 1999.

JOSE ANTONIO FUSTE
U. S. District Judge

AO 72
(Rev 8/82)